267

(No. 74-CC-309—Claimant )

STANDARD OIL DIVISION, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE UNIVERSITY, Respondent.

*Opinion filed March 8, 1974.*

STANDARD OIL DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-311—Claimant )

STANDARD OIL DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed March 8, 1974.*

STANDARD OIL DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.